IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.J.B. HILLIARD, W.L. LYONS, INC., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:06-0454 |
| | ) JUDGE HAYNES |
| ERIC SAUL, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiffs' motion to vacate (Docket Entry No. 1) is **DENIED**. The Defendant's cross-motions to affirm the arbitration panel's award (Docket Entry Nos. 11 and 12) is **GRANTED** to **AFFIRM** the arbitration panel's award, but is otherwise **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of February, 2007.

WILLIAM J. HAYNES, JR.
United States District Court

9